

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE OF ORDER ON MOTION

Cause number:          01-13-00137-CV

Style:                 Alex Melvin Junior

                       **v** Texas Board of Pardons & Paroles

Date motion filed*:    April 30, 2013

Type of motion:        First Request for Extension of Time

Party filing motion:   Appellant

Document to be filed:

Appellant's request for an extension of time to pay the necessary fees is GRANTED.

The $175 filing fee was originally due in this appeal on March 1, 2013. Appellant is hereby ORDERED to pay the required $175 filing fee to the Clerk of this Court by May 31, 2013. *See* TEX. R. APP. P. 5; *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2011), § 51.941(a) (West 2005), § 101.041 (West Supp. 2011). If appellant does not pay the required $175 filing fee to the Clerk of this Court by May 31, 2013, the Court will dismiss this appeal for failure to pay the filing fee without further notice. *See* TEX. R. APP. P. 42.3(c).

The clerk's record was originally due in this appeal on March 25, 2013. Appellant is ORDERED to pay the Harris County District Clerk's office the fee for the preparation of the clerk's record by May 31, 2013. If evidence that the appellant has paid the district clerk for the preparation of the clerk's record is not filed by May 31, 2013, the appeal will be dismissed for want of prosecution without further notice. *See* TEX. R. APP. P. 37.3(b), 42.3.

Judge's signature: /s/ Rebeca Huddle

        ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date: May 1, 2013